UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

MANUEL BARRERA, on behalf of himself,
FLSA Collective Plaintiffs, and the Class,

                                    Plaintiff,

          -against-

FORLINI'S RESTAURANT, INC., JOSEPH
FORLINI, and DEREK FORLINI,

                                    Defendants.

-------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: __6/16/22__ |

22-CV-1256 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

 WHEREAS an Initial Pre-Trial Conference is currently scheduled for Friday, June 17, 2022, at 3:00 p.m.; and

 WHEREAS that time is no longer convenient for the Court;

 IT IS HEREBY ORDERED that the parties must appear for the conference on **Friday, June 17, 2022, at 11:30 a.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Date:  June 16, 2022**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**