```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  MANUEL BARRERA, on behalf of himself,         :
  FLSA Collective Plaintiffs, and the Class,    :
                                                :
                                    Plaintiff,  :
               -against-                        :       22-CV-1256 (VEC)
                                                :
  FORLINI'S RESTAURANT, INC., JOSEPH            :            ORDER
  FORLINI, and DEREK FORLINI,                   :
                                                :
                                    Defendants. :
-------------------------------------------------------------- X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __6/17/22__ |

VALERIE CAPRONI, United States District Judge:

WHEREAS an Initial Pre-Trial Conference is currently scheduled for Friday, June 17, 2022, at 11:30 a.m.; and

WHEREAS Plaintiff's counsel is no longer able to attend the conference in-person;

IT IS HEREBY ORDERED that Plaintiff's counsel may dial-in to the conference by calling 888-363-4749 / Access Code 3121171# / Security Code 1256#.

**SO ORDERED.**

Date:  June 17, 2022
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**