```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  MANUEL BARRERA, on behalf of himself,         :
  FLSA Collective Plaintiffs, and the Class,    :
                                                :
                              Plaintiff,        :
                -against-                       :          22-CV-1256 (VEC)
                                                :
  FORLINI'S RESTAURANT, INC., JOSEPH            :              ORDER
  FORLINI, and DEREK FORLINI,                   :
                                                :
                              Defendants.       :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/22

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for an Initial Pre-Trial Conference on Friday, June 17, 2022;

IT IS HEREBY ORDERED that Plaintiff's motion for conditional certification of a collective is due not later than **July 8, 2022**. Defendants' response is due not later than **July 22, 2022**. Plaintiff's reply is due not later than **July 29, 2022**.

IT IS FURTHER ORDERED that discovery is stayed pending the Court's ruling on the motion for conditional certification of a collective.

**SO ORDERED.**

Date: June 17, 2022
  New York, New York

                                            _____
                                            **VALERIE CAPRONI**
                                            **United States District Judge**