UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANUEL BARRERA,
*on behalf of himself, FLSA Collective Plaintiffs, and the class,*

              Plaintiff,

v.

FORLINI'S RESTAURANT, INC.,
JOSEPH FORLINI, and DEREK FORLINI,

              Defendants.

Case No.: 1:22-cv-01256 (VEC)

**NOTICE OF PLAINTIFF'S MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION AND FOR COURT FACILITATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b)**

---

Please take notice that upon the accompanying Memorandum of Law and annexed materials, Plaintiff, on behalf of himself and all others similarly situated, by his undersigned attorneys, hereby moves for the relief detailed in the proposed Order attached hereto as **Exhibit 1**.

Date: July 8, 2022
    New York, New York

Respectfully submitted,

By: /s/ *CK Lee*

C.K. Lee, Esq.
**LEE LITIGATION GROUP, PLLC**
C.K. Lee (CL 4086)
Anne Seelig (AS 3976)
148 W. 24th Street, 8th Floor
New York, NY 10011
Tel.: 212-465-1180
Fax: 212-465-1181
*Attorneys for Plaintiff,
FLSA Collective Plaintiffs
and the Class*