UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MANUEL BARRERA,

                                             22-CV-01256 (VEC)

                PLAINTIFF,

     -against-                           **DECLARATION**

FORLINI'S RESTAURANT, INC., JOSEPH FORLINI, and
DEREK FORLINI,

                         DEFENDANTS.
-----------------------------------------------------------------X

      Luis Cuzco hereby declares under the penalty of perjury pursuant to 28 U.S.C § 1746. *Luis Cuzco por la presente declara bajo pena de perjurio de conformidad con 28 U.S.C § 1746*

      1.    My name is Luis Cuzco, and I am not a party in this action. *Mi nombre es Luis Cuzco, y yo no soy partido en esta accion*

      2.    Before FORLINI'S RESTAURANT, INC. closed, I worked there as a cook. *Antes de que FORLINI'S RESTAURANT, INC. cerrara, yo trabaje alli como cocinero.*

      3.    I have no interest in joining this lawsuit. *No tengo interes en unirme a esta demanda*

      4.    Derek and Joe Forlini always treated me fairly and did not underpay me. *Derek y Joe Forlini siempre me trataron justo y no me pagaban de menos.* Nor to my knowledge did they underpay anyone who worked at the restaurant. *Tampoco, a mi conocimiento, le pagaron de menos a nadie que trabajaba en el restaurante.* Tips were not part of my compensation, I was a cook. *Las propinas no eran parte de mi compensación, yo era cocinero.*

      5.    There was no policy of charging anyone at the restaurant $25 per day for meals and there were no "automatic deductions." *No existia ninguna poliza de cobrarle a nadie en el restaurante $25 al dia para las comidas y no habia "deducciones automaticas".*

      6.    Manuel Barrera aka Charlie claims that I complained to him several times about how I was being treated at the restaurant, about non-tipped duties and not receiving what I was owed. *Manuel Barrera aka Charlie afirma que me queje con el varias veces sober como me trataban en el restaurante, sobre los deberes sin propinas y sobre no recibir lo que se me debian.* What he is telling this Court is false. *Lo que el le esta diciendo a esta corte es falso.*

Dated: July 28, 2022

*Fecha:*    July 28, 2022

                                                                           */s/ Luis Cuzco*
                                                                           Luis Cuzco