USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MANUEL BARRERA, on behalf of himself,           :
FLSA Collective Plaintiffs, and the Class,              :
                                                                              :
                                            Plaintiff,             :
            -against-                                                :            22-CV-1256 (VEC)
                                                                              :
FORLINI'S RESTAURANT, INC., JOSEPH     :            ORDER
FORLINI, and DEREK FORLINI,                        :
                                                                              :
                                            Defendants.        :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a Pre-Trial Conference is currently scheduled for Saturday, November 18, 2023, at 10:00 a.m., Dkt. 46; and

WHEREAS that time was scheduled in error;

IT IS HEREBY ORDERED that the parties must appear for the conference on **Friday, November 18, 2022, at 10:00 a.m.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Date:   September 14, 2022
            New York, New York

_____
VALERIE CAPRONI
United States District Judge