USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MANUEL BARRERA, on behalf of himself, :
FLSA Collective Plaintiffs, and the Class, :
:
Plaintiff, :
-against- :    22-CV-1256 (VEC)
:
FORLINI'S RESTAURANT, INC., JOSEPH : ORDER
FORLINI, and DEREK FORLINI, :
:
Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 22, 2022, the parties informed the Court of a discovery dispute;

IT IS HEREBY ORDERED that the parties must appear for a conference to discuss the dispute on **Monday, September 26, 2022 at 11 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date:  September 22, 2022**
**         New York, New York**

                                                                    _____
                                                                     **VALERIE CAPRONI**
                                                                     **United States District Judge**