USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
MANUEL BARRERA, on behalf of himself,
FLSA Collective Plaintiffs, and the Class,

                         Plaintiff,

      -against-                                22-CV-1256 (VEC)

FORLINI'S RESTAURANT, INC., JOSEPH              ORDER
FORLINI, and DEREK FORLINI,

                       Defendants.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on September 26, 2022, the parties appeared for a conference to discuss a discovery dispute;

    IT IS HEREBY ORDERED that for the reasons stated at the hearing, discovery in this case is bifurcated; the parties should proceed with individual discovery and class-wide discovery is stayed.

    IT IS FURTHER ORDERED that the parties are reminded to appear for a pretrial conference on **Friday, November 18, 2022, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

    IT IS FURTHER ORDERED that the parties are reminded to submit a joint letter regarding the status of the case by not later than **November 10, 2022**.

**SO ORDERED.**

Date: September 26, 2022
       New York, New York

                                                          **VALERIE CAPRONI**
                                                          **United States District Judge**