UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANUEL BARRERA, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

          Plaintiff,

v.

FORLINI'S RESTAURANT INC, JOSPEH FORLINI and DEREK FORLINI,

          Defendants.

Case No.: 1:22-cv-01256

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated February 2, 2023, and annexed hereto as **Exhibit A**.

Dated: February 3, 2023

                                          Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2023, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Robert J. Miletsky, Esq.
*Attorney for Defendants*
Law Office of Robert J. Miletsky
106 Sierra Drive, Suite 2
Buffalo, NY 14228
t: 646-256-7500

By: _____
C.K. Lee, Esq.