```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/03/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL BARRERA, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

v.

FORLINI'S RESTAURANT INC, and JOSEPH FORLINI and DEREK FORLINI,

        Defendants.

Case No.: 1:22-cv-01256

[PROPOSED] **RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Forlini's Restaurant Inc. having offered to allow Plaintiff Manuel Barrera ("Plaintiff") to take a judgment against it, in the sum of Twenty Thousand Dollars and No Cents ($20,000.00), to resolve all of Plaintiff's wage, salary and compensation claims against all Defendants, other than claims for attorney's fees and costs, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated February 2, 2023 and filed as Exhibit A to Docket Number 65;

**WHEREAS**, on February 3, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 65);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Manueal Barrera, in the sum of $20,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated February 2, 2023 and filed as Exhibit A to Docket Number 65. The Clerk of the Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: __February 3__, 2023
New York, New York

_____
*Valerie Caproni*
U.S.D.J.