UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MANUEL BARRERA, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class*,                    1:22-CV-01256

                                  Plaintiffs,

                                                                              **SATISFACTION**
      v.                                                      **OF JUDGMENT**

FORLINI'S RESTAURANT INC, JOSPEH FORLINI and
DEREK FORLINI,

                                  Defendants.
-------------------------------------------------------------------X

      WHEREAS, a judgment was entered in the above action on the 3rd day of February, 2023 in favor of plaintiff Manuel Barrera and against defendant Forlini's Restaurant Inc. in the amount of $20,000.00 to resolve all of Plaintiff's wage, salary and compensation claims against all Defendants, other than claims for attorney's fees and costs, and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

      THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

                                          [SIGNATURE PAGE FOLLOWS]

Dated: New York, New York
      February 6, 2023

                          LEE LITIGATION GROUP, PLLC

                          _____
                          CK Lee, Esq.
                          LEE LITIGATION GROUP, PLLC148 West 24th Street, 8th Floor
                          New York, New York 10011
                          T: (212) 465-1180
                          E: cklee@leelitigationgroup.com

| STATE OF NEW YORK | ) | |
|---|---|---|
| | ) | ss.: |
| COUNTY OF NEW YORK | ) | |

On the 6 day of February, 2023, before me personally came C.K. Lee, to me known and known to be a member of the firm Lee Litigation Group, PLLC, attorneys for plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

                          _____
                          Notary Public

> Anne Seelig-Suhrcke
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 02SE6113610
> Qualified in Queens County
> Commission Expires 8/02/2024